O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITA VALENCIA, | ) | Case No. CV 06-07563 DDP (JTLx) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT** |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, | ) ) ) | |
| Defendant. | ) ) | [Dkt. No. 32] |
| _____ | ) | |

    Presently before the court is Plaintiff Margarita Valencia's Motion to Enforce Settlement. On September 25, 2007, the court dismissed Plaintiff's action, pursuant to a stipulation of the parties. (Dkt. No. 28.) The parties agreed that Plaintiff would submit written requests regarding her teaching schedule and that Defendant's representative would meet with Plaintiff to review the feasability of those request. (Id. at 2.) The parties agreed that Plaintiff would be eligible to apply for a certain work status, pursuant to a collective bargaining agreement. (Id. at 3.)

    In the instant motion, Plaintiff asserts that Defendant's have breached the agreement. Plaintiff asks that the court enforce the

agreement by granting her "a stable one semester of work until 12/31/13 for . . . medical benefits or a Golden Hand Shake for one semester of salary with no work." (Mot. at 6.) The relief Plaintiff seeks is neither provided for nor contemplated by the settlement agreement.  Plaintiff's motion is, therefore, DENIED.

IT IS SO ORDERED.

Dated: October 10, 2013

DEAN D. PREGERSON
United States District Judge